| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Trophy Cupcakes, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **35-2271643** |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | **13747 42nd Ave. NE** **Seattle, WA 98125-3887** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.trophycupcakes.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **Trophy Cupcakes, LLC**          Case number (*if known*) _____
_____
        Name

**7. Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-----------|------|-----------|-------------|-----------|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Trophy Cupcakes, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

Debtor    **Trophy Cupcakes, LLC**            Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Trophy Cupcakes, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/3/2024
  MM / DD / YYYY

X *Jennifer Shea*
Signature of authorized representative of debtor

**Jennifer Shea**
Printed name

Title  **Member**

**18. Signature of attorney**

X *Faye Rasch*
Signature of attorney for debtor

Date 12/3/2024
MM / DD / YYYY

**Faye C Rasch**
Printed name

**Wenokur Riordan PLLC**
Firm name

**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **206-903-0401**     Email address   **allie@wrlawgroup.com**

**50491 WA**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Trophy Cupcakes, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/3/2024          x   *Jennifer Shea*
                                      Signature of individual signing on behalf of debtor

                                      **Jennifer Shea**
                                      Printed name

                                      **Member**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Trophy Cupcakes, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey Street New York, NY 10285-3106 | | Credit Card | | | | $33,053.00 |
| ASC Queen Anne Galer LLC 415 118th Ave SE Bellevue, WA 98005 | | Lease at 223 West Galer St., Seattle, WA | | | | $9,975.00 |
| Bellevue Square, LLC 575 Bellevue Square Bellevue, WA 98126 | | Lease at 236A Bellevue Square, Bellevue, WA 98004. KCSC Case #24-2-18783-9 SEA pending | | | | $58,752.00 |
| Catapult NW 3405 Lind Ave SW Renton, WA 98057 | | | | | | $5,043.96 |
| Cue Investments, LLC aka onCue Ventures, LLC 927 20th Avenue East Seattle, WA 98112 | | Memorandum of Understanding dated 02/05/2023 | | | | $192,000.00 |
| Hansen Bros. Transfer & Storage Co. Inc. 10750 Aurora Ave N Seattle, WA 98133 | | | | | | $3,174.77 |
| Jennifer Shea | | Payroll | | | | $2,584.61 |
| Jennifer Shea & Michael Williamson 13747 42nd Ave NE Seattle, WA 98125 | | Loan | | | | $202,205.46 |

| Debtor | Trophy Cupcakes, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medosweet Farms Inc. PO Box 749 Kent, WA 98035-0749 | | | | | | $34,136.00 |
| R R Donnelley & Sons Company 35 W Wacker Drive Chicago, IL 60601 | | | | | | $45,710.65 |
| The Peterson Company 1102 D St NE Auburn, WA 98002 | | | | | | $2,659.00 |
| The Shops At The Bravern LLC Asset Management 600 Madison Ave. 15th Floor New York, NY 10022 | | | | | | $7,123.48 |
| Trophy Cupcakes | | Gift cards sold/redeemed | | | | $181,713.81 |
| Uline Shipping Supplies 12575 Uline Drive Pleasant Prairie, WI 53158 | | | | | | $3,252.74 |
| US Bank 800 Nicollet Mall Minneapolis, MN 55402 | | Line of Credit | | | | $72,783.98 |
| US Bank 800 Nicollet Mall Minneapolis, MN 55402 | | Credit Card | | | | $56,556.23 |
| US Bank 800 Nicollet Mall Minneapolis, MN 55402 | | Credit Card | | | | $40,461.98 |
| Wallingford Center, LLP 2829 Rucker Ave Suite 100 Everett, WA 98201 | | Lease at 1815 N. 45th St., Seattle, WA 98103 | | | | $34,798.90 |
| Wells Fargo 420 Montgomery Street San Francisco, CA 94163 | | Line of Credit | | | | $34,805.01 |

Case 24-13083-CMA    Doc 1    Filed 12/03/24    Ent. 12/03/24 16:29:43    Pg. 8 of 69

Debtor __Trophy Cupcakes, LLC__

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo 420 Montgomery Street San Francisco, CA 94163 | | Credit Card | | | | $22,209.61 |

---

**Fill in this information to identify the case:**

Debtor name    **Trophy Cupcakes, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $      **277,411.60**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................    $      **277,411.60**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................    $      **1,692,242.11**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **1,071,105.33**

4.   **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b         $      **2,763,347.44**

---

**Fill in this information to identify the case:**

Debtor name  **Trophy Cupcakes, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BECU | Savings | 9220 | $0.00 |
| 3.2. | BECU | Checking | 9238 | $11,552.35 |
| 3.3. | US Bank | Checking | 3598 | $0.00 |
| 3.4. | US Bank | Checking | 1880 | $0.00 |

4. Other cash equivalents *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Funds held in Wenokur Riordan PLLC IOLTA | | $35,595.00 |

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $47,147.35

**Part 2:       Deposits and Prepayments**

| Debtor | **Trophy Cupcakes, LLC** | Case number *(If known)* | |
|--------|--------------------------|--------------------------|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:

| 48,008.49 | - | 0.00 | = .... | $48,008.49 |
|-----------|---|------|--------|------------|
| face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $48,008.49 |
|------------|

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. | Raw materials<br>Baking Ingredients | | $0.00 | | $19,347.66 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>Greeting cards -<br>Miscellaneous | | $0.00 | | $1,267.66 |
| | Stickers (Trophy logo, cake box and flavor) | | $0.00 | | $1,185.00 |
| | Shipping boxes and containers | | $0.00 | | $8,837.23 |
| | Alcohol (variety) | | $0.00 | | $993.11 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | Trophy Cupcakes, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Net book value | Current Value |
|---|---|---|
| **Serving cups and lids** | $0.00 | $590.88 |
| **Party Supplies (miscellaneous)** | $0.00 | $5,184.22 |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$37,405.76

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value    0.00   Valuation method _____   Current Value   0.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Bistro Chairs (20)** | $0.00 | | $500.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Mac Studio Apple M1 Max** | $0.00 | | $1,650.00 |
| **Misc. computers, iPads, printers, Sonos speakers** | $0.00 | | $3,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$5,150.00

| Debtor | **Trophy Cupcakes, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Ford Transit Connect Cargo Van<br>(VIN #NM0LS7F77F12014933)** | $0.00 | | $8,000.00 |
| 47.2.   **2017 Ram Promaster Cargo Van (VIN<br>#3C6TRVAG4HE525357)** | $0.00 | | $11,000.00 |
| 47.3.   **2018 Audi Q5 (VIN<br>#WA1CNAFYXJ2203639)** | $0.00 | | $16,000.00 |
| 47.4.   **2020 Ford Transit Connect Cargo Van<br>(VIN #NM0LS7F24L1446219)** | $0.00 | | $12,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Refrigerator 3-SCT 72.0CF BM 3-DR** | $0.00 | | $1,700.00 |
| **Big Blue XL Food Printer, Blue Laptop** | $0.00 | | $3,000.00 |
| **Walk In Freezer - cupcake** | $0.00 | | $5,000.00 |
| **Solid Door Undercounter Refrigerator** | $0.00 | | $500.00 |
| **Refrigerated Glass Door Merchandiser with<br>LED Lighting** | $0.00 | | $1,200.00 |

| Debtor | Trophy Cupcakes, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Air Cooled Undercounter Full Cube Ice Machine | $0.00 | $250.00 |
| Popcorn Machine - 3050W | $0.00 | $250.00 |
| (2) Cretor CCKS-X Ringmaster Two Wheel Cart, Cretors RMLA-CS Ringmaster Lite Floss Head | $0.00 | $600.00 |
| (3) Avantco 54" Reach-In Freezer | $0.00 | $3,000.00 |
| Advantco 54" two door reach in freezer | $0.00 | $800.00 |
| Advantco 54" stainless 54" refrigerator | $0.00 | $750.00 |
| Avantco Refrigerated Display Bakery Case w/LED Lighting | $0.00 | $250.00 |
| Hobart Legacy Bowl Truck | $0.00 | $600.00 |
| Merrychef Countertop Oven | $0.00 | $2,000.00 |
| Avantco Undercounter Freezer 48" 178ssuc48fhc | $0.00 | $1,700.00 |
| P660 HOBART MIXER-INCL BOWL- 60 quart | $0.00 | $4,000.00 |
| Extra Stainless Steel Bowl | $0.00 | $250.00 |
| M802 Hobart Mixer - Incl Bowl 80 quart | $0.00 | $5,000.00 |
| 20 quart hobart mixer | $0.00 | $2,500.00 |
| 40 quart hobart mixer | $0.00 | $3,500.00 |
| Hobtart bowls and attachments | $0.00 | $1,000.00 |
| 1 PC of Bowl Guard | $0.00 | $500.00 |
| 10 Work Tables (stainless) | $0.00 | $1,000.00 |
| Stools 6 | $0.00 | $250.00 |
| Speed Racks (20) | $0.00 | $1,000.00 |

| Debtor | Trophy Cupcakes, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Soft Serve Machine | $0.00 | | $2,000.00 |
| Revolving Rack Oven - used | $0.00 | | $7,500.00 |
| Macaron Depostitor | $0.00 | | $5,000.00 |
| Vacume Sealer | $0.00 | | $1,000.00 |
| LBC Oven | $0.00 | | $7,000.00 |
| LBC Oven- mini | $0.00 | | $5,000.00 |
| 3 door reach in refrigerator Hashizaki | $0.00 | | $700.00 |
| (3) Undercounter refrigerators | $0.00 | | $1,250.00 |
| (2) Merrychef Classic high speed ovens | $0.00 | | $4,000.00 |
| Beverage Air Two Door worktop refrigerator | $0.00 | | $500.00 |
| gas range - 6 burner | $0.00 | | $800.00 |
| dough divider | $0.00 | | $500.00 |
| bread slicer | $0.00 | | $400.00 |
| sheeter (small) | $0.00 | | $500.00 |
| sheeter countertop | $0.00 | | $1,500.00 |
| spiral dough mixer | $0.00 | | $2,500.00 |
| meat slicer | $0.00 | | $450.00 |
| True 3 door reach in freezer | $0.00 | | $2,000.00 |
| Bev Air 3 door freezer | $0.00 | | $1,500.00 |
| Walk in Freezer 10x10 - pastry | $0.00 | | $0.00 |
| walk in refrigerator - deco area | $0.00 | | $0.00 |

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 6

| Debtor | Trophy Cupcakes, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **La Marzocco Espresso Machine 2 group** | $0.00 | | $6,000.00 |
| **Bakery Smallwares (mixing bowls, spatulas etc.)** | $0.00 | | $2,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $139,700.00 |
|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
- ■ No
- ☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
- ■ No
- ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Wordmarks: Trophy Cupcakes and Party (Serial 77377907); Yumfetti (Serial 88671117); Goody Glitter (Serial 90724061); Bubble Bling (Serial 90724053); Trophy (Serial 77377906); Cafe Trophy (Serial 97171913); Yumfetti (Serial 98159648) | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites**<br>trophycupcake.com; trophycupcakes.com; trophycupcakes.net; trophycupcakes.org; trophycupcakes.co; trophycupcakes.biz; trophycupcakes.info; cafetrophy.com; yumfetti.com; trophyseattle.com; cupcakeseattle.com; trophybakery.com; americanbuttercreamqueen.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties**<br>Liquor Licenses | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

Debtor   **Trophy Cupcakes, LLC**                                              Case number *(if known)*
        Name

| | | |
|---|---|---|
| 64. | Other intangibles, or intellectual property | |
| 65. | Goodwill | |
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Trophy Cupcakes, LLC**_____     Case number *(If known)* _____
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,147.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,008.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $37,405.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $139,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $277,411.60 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $277,411.60 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Trophy Cupcakes, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Bank**<br>Creditor's Name<br><br>**PO Box 8128**<br>**Cockeysville, MD**<br>**21030-8128**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**4926**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2020 Ford Transit Connect Cargo Van (VIN #NM0LS7F24L1446219)**<br><br>Describe the lien<br>**Auto Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,324.95 | $12,000.00 |
| **2.2** **Audi Financial Services**<br>Creditor's Name<br><br>**1401 Franklin Blvd.**<br>**Libertyville, IL 60048**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**2018 Audi Q5 (VIN #WA1CNAFYXJ2203639)**<br><br>Describe the lien<br>**Auto Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $18,076.82 | $16,000.00 |

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

�■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BayFirst National Bank** | Describe debtor's property that is subject to a lien | $146,575.15 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**Attn: SBA Servicing Dept.**
**700 Central Ave., Ste. 100**
**Attn: Loan Operations**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Describe the lien
**SBA Loan and Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/26/2023**

Last 4 digits of account number
**9101**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Evergreen Business Capital** | Describe debtor's property that is subject to a lien | $40,942.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**13925 Interurban Ave. S.**
**Suite 100**
**Seattle, WA 98168**
Creditor's mailing address

Describe the lien
**Loan and Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Headway Capital, LLC** | Describe debtor's property that is subject to a lien | $226,447.59 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**175 W Jackson Blvd.**
**Suite 1000**
**Chicago, IL 60604**
Creditor's mailing address

Describe the lien
**Line of Credit and Security Agreement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

Debtor __Trophy Cupcakes, LLC_____    Case number (if known) _____
          Name

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**07/19/2023** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**1868** |  |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Square Financial Services,<br>Inc** | Describe debtor's property that is subject to a lien | **$45,157.82** | **$0.00** |
|---|---|---|---|---|
|  | Creditor's Name<br>**1455 Market St Suite 600**<br>**San Francisco, CA**<br>**94103-1332**<br>Creditor's mailing address | **All assets** |  |  |
|  |  | **Describe the lien**<br>**Loan Agreement** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  | Creditor's email address, if known | ■ No<br>☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred**<br>**07/11/2024** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number**<br>**Orders Dept.** |  |  |  |
|  | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |  |  |
|  | ■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |

---

| 2.7 | **Square Financial Services,<br>Inc** | Describe debtor's property that is subject to a lien | **$37,400.68** | **$0.00** |
|---|---|---|---|---|
|  | Creditor's Name<br>**1455 Market St Suite 600**<br>**San Francisco, CA**<br>**94103-1332**<br>Creditor's mailing address | **All assets** |  |  |
|  |  | **Describe the lien**<br>**Loan Agreement** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  | Creditor's email address, if known | ■ No<br>☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred**<br>**07/01/2024** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number**<br>**BSQ** |  |  |  |
|  | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Square Financial Services, Inc** | | $64,717.17 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1455 Market St Suite 600
San Francisco, CA
94103-1332**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
05/06/2024**

Last 4 digits of account number

**University Village**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Loan Agreement**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **U.S. Small Business** | | $1,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Administration
409 3rd St. SW
Washington, DC 20416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
06/07/2020**

Last 4 digits of account number

**7809**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**EIDL Loan and Security Agreement**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.10 | **US Bank** | | $8,628.93 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 679
Wilmington, OH 45177-0679**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 Ford Transit Connect Cargo Van (VIN #NM0LS7F77F12014933)**

Describe the lien
**Auto Loan**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 8

Debtor **Trophy Cupcakes, LLC**
Name

Case number (if known) _____

---

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/20/2022**
Last 4 digits of account number
**7827**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **US Bank Equipment Finance** | | |
|---|---|---|---|

Creditor's Name
**13010 SW 68th Pkwy Ste. 100 Portland, OR 97223**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment only**            $13,425.92     $0.00

Describe the lien
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred
**09/29/2022**
Last 4 digits of account number
**0940**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **US Bank Equipment Finance** | | |
|---|---|---|---|

Creditor's Name
**13010 SW 68th Pkwy Ste. 100 Portland, OR 97223**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment only**            $44,662.67     $0.00

Describe the lien
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred
**05/19/2023**
Last 4 digits of account number
**2138**

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Washington Trust Bank** | Describe debtor's property that is subject to a lien | $11,861.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Seattle Financial Center
Two Union Square, Suite 4747
601 Union Street
Seattle, WA 98101**
Creditor's mailing address

**All assets**

Describe the lien
**Loan and Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/02/2019**
Last 4 digits of account number
**1078**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **WebBank, Salt Lake City, UT** | Describe debtor's property that is subject to a lien | $79.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Shopify Capital Inc.
100 Shockoe Slip
2nd Floor
Richmond, VA 23219**
Creditor's mailing address

**All assets**

Describe the lien
**Merchant Loan Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**03/04/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **WebBank, Salt Lake City, UT** | Describe debtor's property that is subject to a lien | $28,941.00 | $0.00 |
|---|---|---|---|---|

Debtor   Trophy Cupcakes, LLC                 Case number *(if known)*
      Name

| Creditor's Name | All assets |
|---|---|
| c/o Shopify Capital Inc.<br>100 Shockoe Slip<br>2nd Floor<br>Richmond, VA 23219 | |
| Creditor's mailing address | Describe the lien<br>**Merchant Loan Agreement** |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred<br>**07/24/2024**<br>Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,692,242.11 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BayFirst National Bank**<br>**St. Petersburg**<br>**700 Central Ave.**<br>**Saint Petersburg, FL 33701** | Line **2.3** | |
| **National Development Council**<br>**1111 Superior Ave. E.**<br>**Cleveland, OH 44114** | Line **2.4** | |
| **U.S. Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Suite 106**<br>**Marshall, MN 56258** | Line **2.11** | |
| **U.S. Small Business Administration**<br>**Seattle District Office**<br>**2401 Fourth Ave, Suite 450**<br>**Seattle, WA 98121** | Line **2.9** | |
| **U.S. Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | Line **2.9** | |
| **US Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Suite 106**<br>**Marshall, MN 56258** | Line **2.12** | |

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

| Debtor | **Trophy Cupcakes, LLC** | | Case number (if known) | |
| | Name | | | |

**Washington Trust Bank**
**PO Box 2127**
**Spokane, WA 99210**

Line __2.13__

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Trophy Cupcakes, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**WA Dept. of Revenue**<br>**Bankruptcy/Claims Unit**<br>**2101 4th Ave. #1400**<br>**Seattle, WA 98121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,019.23**

**Amanda Rudd**
**17400 156th SE**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,053.00**

**American Express**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1007**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.87**

**Anna Schmitz**
**5206 22nd Ave NE, Apt A**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,975.00**

**ASC Queen Anne Galer LLC**
**415 118th Ave SE**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease at 223 West Galer St., Seattle, WA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.26**

**AT&T**
**208 S. Akard St.**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2055**

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$367.35**

**Auto-Chlor - Everett**
**2310 112th St. SW Unit A**
**Everett, WA 98204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.52**

**Bargreen Ellingson**
**Lockbox 310055 PO Box 94328**
**Seattle, WA 98124-6628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,752.00** |
|---|---|---|---|

**Bellevue Square, LLC**
**575 Bellevue Square**
**Bellevue, WA 98126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease at 236A Bellevue Square, Bellevue, WA 98004.**
**KCSC Case #24-2-18783-9 SEA pending**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$322.28** |
|---|---|---|---|

**Bennett Johnson**
**3041 36th Ave SW**
**Seattle, WA 98126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.50** |
|---|---|---|---|

**BizX**
**11820 Northup Way**
**Suite E108**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2472**

Basis for the claim:  **Barter Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.80** |
|---|---|---|---|

**Bradley Russell**
**10717 Burke Ave N**
**Apt E**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445.34** |
|---|---|---|---|

**Brianda Beltran**
**19102 110th Pl SE**
**Renton, WA 98055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121.61** |
|---|---|---|---|

**Cait MacMillan**
**3733 Altura Ave**
**La Crescenta, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,043.96** |
|---|---|---|---|

**Catapult NW**
**3405 Lind Ave SW**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,374.11**

**Central Welding Supply**
PO Box 179
N. Lakewood, WA 98259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.72**

**Chloe Wachob**
5010 18th Ave NE
Seattle, WA 98105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557.08**

**Chris Rogers**
23 W Galer St Apt 208
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,852.00**

**Comcast Business**
PO Box 60533
City of Industry, CA 91716-0533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192,000.00**

**Cue Investments, LLC**
aka onCue Ventures, LLC
927 20th Avenue East
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Memorandum of Understanding dated 02/05/2023**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.88**

**Danni Snell**
15827 14th Ave NE
Seattle, WA 98155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$803.45**

**DecoPac Inc.**
P.O. BOX 86
MINNEAPOLIS, MN 55486-0871

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Trophy Cupcakes, LLC**        Case number (*if known*) _____
       Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$447.57** |
|---|---|---|---|

**Destini Hunter**
**4701 15th Ave NE, Apt 1**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$446.21** |
|---|---|---|---|

**Dustin Chadwick**
**12308 36th Ave NE**
**Seattle, WA 98125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752.03** |
|---|---|---|---|

**Emma Quall**
**6521 54th Ave NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$611.51** |
|---|---|---|---|

**Ethan Pohl**
**600 228th St SW**
**I-102**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.38** |
|---|---|---|---|

**Georgia Bunch**
**704 S Thacker Rd**
**Othello, WA 99344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,174.77** |
|---|---|---|---|

**Hansen Bros.**
**Transfer & Storage Co. Inc.**
**10750 Aurora Ave N**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.29** |
|---|---|---|---|

**Jeanette Velasquez**
**13226 35th Ave NE**
**Seattle, WA 98125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Trophy Cupcakes, LLC__  Case number (if known) _____
          Name

| 3.29 | Nonpriority creditor's name and mailing address<br>**Jennifer Shea**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,584.61** |
|---|---|---|
| 3.30 | Nonpriority creditor's name and mailing address<br>**Jennifer Shea &**<br>**Michael Williamson**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125**<br>Date(s) debt was incurred _1/25/2023_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$202,205.46** |
| 3.31 | Nonpriority creditor's name and mailing address<br>**Lea Bullens** \<br>**1014 89th Dr. NE**<br>**Lake Stevens, WA 98258**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No ☐ Yes | **$760.79** |
| 3.32 | Nonpriority creditor's name and mailing address<br>**Liliana Ponce**<br>**8315 5th AVE NE**<br>**Apt 203**<br>**Seattle, WA 98115**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No ☐ Yes | **$924.32** |
| 3.33 | Nonpriority creditor's name and mailing address<br>**Medosweet Farms Inc.**<br>**PO Box 749**<br>**Kent, WA 98035-0749**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,136.00** |
| 3.34 | Nonpriority creditor's name and mailing address<br>**Merchants Association**<br>**575 Bellevue Square**<br>**Bellevue, WA 98004**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,154.08** |
| 3.35 | Nonpriority creditor's name and mailing address<br>**Merlino Foods**<br>**4100 4th Ave S**<br>**Seattle, WA 98134**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,638.78** |

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**Michael Williamson**
13747 42nd Ave NE
Seattle, WA 98125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$2,584.61**

---

**3.37** | Nonpriority creditor's name and mailing address
**Penelope Huang**
4503 229th Pl SE
Sammamish, WA 98075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$89.41**

---

**3.38** | Nonpriority creditor's name and mailing address
**Peter Lombardo**
7322 Rainier Ave S Unit 202
Seattle, WA 98118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$958.76**

---

**3.39** | Nonpriority creditor's name and mailing address
**R R Donnelley & Sons Company**
35 W Wacker Drive
Chicago, IL 60601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45,710.65**

---

**3.40** | Nonpriority creditor's name and mailing address
**Rhodie Rudd**
17400 156th Pl SE
Renton, WA 98058

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$108.68**

---

**3.41** | Nonpriority creditor's name and mailing address
**Sarah Naitoh**
10014 Greenwood Ave N, Apt 303
Seattle, WA 98133

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$472.65**

---

**3.42** | Nonpriority creditor's name and mailing address
**Shawn Horst**
12806 NE 184th Court
Bothell, WA 98011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$885.60**

---

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,019.67 |
|---|---|---|---|

Sweeney Conrad, P.S.
10210 NE Points Dr.
Suite 300
Kirkland, WA 98033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,659.00 |
|---|---|---|---|

The Peterson Company
1102 D St NE
Auburn, WA 98002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,123.48 |
|---|---|---|---|

The Shops At The Bravern LLC
Asset Management
600 Madison Ave.
15th Floor
New York, NY 10022

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,713.81 |
|---|---|---|---|

Trophy Cupcakes

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift cards sold/redeemed

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,252.74 |
|---|---|---|---|

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,461.98 |
|---|---|---|---|

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

Date(s) debt was incurred _
Last 4 digits of account number  3491

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,783.98 |
|---|---|---|---|

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

Date(s) debt was incurred _
Last 4 digits of account number  7928

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset? ■ No ☐ Yes

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,556.23 |
|---|---|---|---|

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number  **7106**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.35 |
|---|---|---|---|

**Valerie Engels**
**23429 Edmonds Way Unit C**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Payroll__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,798.90 |
|---|---|---|---|

**Wallingford Center, LLP**
**2829 Rucker Ave Suite 100**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lease at 1815 N. 45th St., Seattle, WA 98103__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,209.61 |
|---|---|---|---|

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number  **7343**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,805.01 |
|---|---|---|---|

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Line of Credit__

Last 4 digits of account number  **9198**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.45 |
|---|---|---|---|

**Yvonne Engelking**
**7512 NE Bothell Way Apt 232**
**Kenmore, WA 98028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __payroll__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Hillis Clark Martin & Peterson**<br>**999 Third Avenue**<br>**Suite 4600**<br>**Seattle, WA 98104** | Line  **3.19**<br>☐ Not listed. Explain ____ | __ |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page  9 of 10

| Debtor | **Trophy Cupcakes, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Internal Revenue Services** <br> **Special Procedures** <br> **915 2nd Ave., M/S W244** <br> **Seattle, WA 98174** | Line **2.1** <br> ☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,071,105.33 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 1,071,105.33 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Trophy Cupcakes, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Retail Lease Agreement dated 11/26/2019 for 223 West Galer St., Seattle, WA. Initial Term Expires 11/30/2024**<br><br>_____ | **ASC Queen Anne Galer LLC c/o Aegis Senior Communities 17602 NE Union Hill Rd. Redmond, WA 98052** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease dated 04/10/2023 for Space 236A in Bellevue Square Shopping Center, Bellevue, WA 98004. Expires 02/28/2026**<br><br>_____ | **Bellevue Square, LLC PO Box 908 Bellevue, WA 98009** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trophy is a wholesale partner with Goldbelly, which provides national marketing and facilitates our Nationwide shipping program.**<br><br>_____ | **Goldbelly** |

Debtor 1  **Trophy Cupcakes, LLC**                          Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**Assignment of Sublease Agreement dated 10/6/2022 for Suites A-7 & B-3 & D6, in Evergreen Industrial Center, 19510 144th Avenue NE, Woodinville, WA 98072**

State the term remaining

List the contract number of any government contract   _____

**Keystone Kitchens, Inc.**
**19510 144th Ave NE Ste A7**
**Woodinville, WA 98072**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Trophy provides wholesale cupcakes and macarons for sale in all Kitchen & Market locations. Kitchen & Market also serves as a pickup location for customers who place orders on our website.**

State the term remaining

List the contract number of any government contract   _____

**Kitchen & Market**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Trophy provides wholesale cupcakes, cakes, and macarons to Lish Foods. Lish offers catering and meal planning services for corporate partners in and around the Seattle area.**

State the term remaining

List the contract number of any government contract   _____

**Lish Foods**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Trophy is a wholesale partner with Metropolitan Market. Trophy is currently in negotiations to expand our product offerings.**

State the term remaining

List the contract number of any government contract   _____

**Metropolitan Market**

---

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 2 of 4

Debtor 1    __Trophy Cupcakes, LLC__                    Case number *(if known)* _____
          First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.**   State what the contract or lease is for and the nature of the debtor's interest    **Trophy will be providing cupcakes for all Nutcracker performances in November and December.** | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | **Pacific Northwest Ballet** |
| **2.9.**   State what the contract or lease is for and the nature of the debtor's interest    **Trophy provides wholesale cupcakes and macarons to Smith Brothers; Products are listed on their website, and customers can add them to their weekly Smith Brothers delivery.** | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | **Smith Brothers Farms** |
| **2.10.**   State what the contract or lease is for and the nature of the debtor's interest    **Shopping Center Lease dated 11/21/2008 for retail space at University Village, Seattle, WA.** | |
|        State the term remaining    **Initial Term expires 04/30/2026** | **University Village LP 2623 NE University Village St. Suite 7 Seattle, WA 98105** |
|        List the contract number of any government contract _____ | |
| **2.11.**   State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement dated 01/26/2015 for retail space #210 in Wallingford Center located at 1815 N. 45th St., Seattle, WA 98103. Expires 02/28/2025** | |
|        State the term remaining | **Wallingford Center LLP Market Place Tower 2025 First Ave. Suite 420 Seattle, WA 98121** |
|        List the contract number of any government contract _____ | |

Debtor 1 __Trophy Cupcakes, LLC__                    Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Industrial Lease Agreement dated 06/11/2014 for Suite B-1 in Evergreen Industrial Center located at 19510 144th Ave. NE, Woodinville, WA 98072. Expires 09/30/2029** | |
|---|---|---|---|
| | State the term remaining | | **Woodinville Warehouse Associates, LLC c/o Rosen Properties PO Box 5003 Bellevue, WA 98009** |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: |
|---|

Debtor name **Trophy Cupcakes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Jennifer Shea | 13747 42nd Ave NE Seattle, WA 98125 | Bellevue Square, LLC | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.2 Jennifer Shea | 13747 42nd Ave NE Seattle, WA 98125 | Headway Capital, LLC | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 Jennifer Shea | 13747 42nd Ave NE Seattle, WA 98125 | BayFirst National Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 Jennifer Shea | 13747 42nd Ave NE Seattle, WA 98125 | U.S. Small Business | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.5 Jennifer Shea | 13747 42nd Ave NE Seattle, WA 98125 | Cue Investments, LLC | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |

| Debtor | **Trophy Cupcakes, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | US Bank Equipment Finance | ■ D  2.11<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | US Bank Equipment Finance | ■ D  2.12<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | US Bank | ☐ D ____<br>■ E/F  3.49<br>☐ G ____ |
| 2.9 | Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | Evergreen Business Capital | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | Washington Trust Bank | ■ D  2.13<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Michael Williamson | 13747 42nd Ave NE<br>Seattle, WA 98125 | Bellevue Square, LLC | ☐ D ____<br>■ E/F  3.8<br>☐ G ____ |
| 2.12 | Michael Williamson | 13747 42nd Ave NE<br>Seattle, WA 98125 | BayFirst National Bank | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Michael Williamson | 13747 42nd Ave NE<br>Seattle, WA 98125 | U.S. Small Business | ■ D  2.9<br>☐ E/F ____<br>☐ G ____ |

Case 24-13083-CMA    Doc 1    Filed 12/03/24    Ent. 12/03/24 16:29:43    Pg. 43 of 69

Debtor    **Trophy Cupcakes, LLC**       Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| 2.14 | Michael Williamson | 13747 42nd Ave NE Seattle, WA 98125 | Cue Investments, LLC | ☐ D ____ ■ E/F __3.19__ ☐ G ____ |
| 2.15 | Michael Williamson | 13747 42nd Ave NE Seattle, WA 98125 | US Bank Equipment Finance | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.16 | Michael Williamson | 13747 42nd Ave NE Seattle, WA 98125 | US Bank Equipment Finance | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.17 | Michael Williamson | 13747 42nd Ave NE Seattle, WA 98125 | Evergreen Business Capital | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Michael Williamson | 13747 42nd Ave NE Seattle, WA 98125 | Washington Trust Bank | ■ D __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.19 | Jennifer Shea | | Bellevue Square, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.2__ |
| 2.20 | Jennifer Shea | | University Village LP | ☐ D ____ ☐ E/F ____ ■ G __2.10__ |
| 2.21 | Jennifer Shea | | Woodinville Warehouse | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |

Official Form 206H       Schedule H: Your Codebtors       Page 3 of 4

Debtor **Trophy Cupcakes, LLC** _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | *Column 2:* Creditor | |
|---|---|---|
| 2.22 **Michael Williamson** | **Bellevue Square, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.2__ |
| 2.23 **Michael Williamson** | **University Village LP** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.10__ |
| 2.24 **Michael Williamson** | **Woodinville Warehouse** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.12__ |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Trophy Cupcakes, LLC** |
| United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $3,611,114.46 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $3,522,391.70 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ERC | $150,407.49 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ERC | $160,573.36 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

Debtor __Trophy Cupcakes, LLC_____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. WebBank, Salt Lake City, UT c/o Shopify Capital Inc. 100 Shockoe Slip 2nd Floor Richmond, VA 23219 | | $50,400.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. Cannon Leadership Group 3041 36th Ave. SW Seattle, WA 98126 | 08/12/24 ($3,200); 08/23/24 ($3,200); 09/06/24 ($3,200); 09/20/24 ($3,200); 10/09/24 ($3,200) | $16,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. Delegate CX LLC PO Box 224763 Dallas, TX 75222-4763 | 08/23/24 ($6,828.75); 10/01/24 ($4,034.86) | $10,863.61 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. Keystone Kitchens 19510 144th Ave. NE Suite A7 Woodinville, WA 98072 | 08/01/24 ($5,826); 08/30/24 ($5,909.75); 09/27/24 ($5,826); 10/25/24 ($5,826) | $23,387.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Rent_ |
| 3.5. Medosweet Farms Inc. PO Box 749 Kent, WA 98035-0749 | 08/01/24 ($3,840.93) 08/08/24 ($3,411.88); 08/16/24 ($3,544.63) 08/23/24 ($3,123.19); 08/30/24 ($5,449.87); 09/06/24 ($1,366.31); 09/20/24 ($1,288.74); 09/27/24 ($2,102.56); 10/07/24 ($850.36); 10/11/24 ($761.77); 10/18/24 ($1,126.33); 10/25/24 ($935.99) | $27,802.56 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor  **Trophy Cupcakes, LLC** _____  Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.6. **Merlino Foods**<br>4100 4th Ave S<br>Seattle, WA 98134 | 08/01/24<br>($1,726.93);<br>08/08/24<br>($2,114.71);<br>08/16/24<br>($1,346.09);<br>08/23/24<br>($1,392.94);<br>08/30/24<br>($1,193.78);<br>09/06/24<br>($1,516.18);<br>09/13/24<br>($2,712.25);<br>09/20/24<br>($344.74);<br>09/27/24<br>($895.45);<br>10/07/24<br>($827);<br>10/11/24<br>($713.05);<br>10/25/24<br>($1,468.20) | **$16,251.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **R R Donnelley & Sons Company**<br>35 W Wacker Drive<br>Chicago, IL 60601 | 08/01/24<br>($2,065.38);<br>08/08/24<br>($1,753.38);<br>08/16/24<br>($836.92);<br>08/23/24<br>($787.32);<br>08/30/24<br>($897.70);<br>09/06/24<br>($708.50);<br>09/27/24<br>($872.88) | **$7,922.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Premera Blue Cross**<br>PO Box 91060<br>Seattle, WA 98111 | 08/16/24<br>($8,631.50);<br>09/25/24<br>($9,346.32);<br>10/23/24<br>($7,916.68) | **$25,894.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Insurance_ |

Case 24-13083-CMA   Doc 1   Filed 12/03/24   Ent. 12/03/24 16:29:43   Pg. 48 of 69

| Debtor | **Trophy Cupcakes, LLC** | Case number (if known) | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **The Peterson Company**<br>PO Box 3513<br>Seattle, WA 98124-3513 | 08/01/24<br>($1,055.72);<br>08/08/24<br>($2,672.38);<br>08/16/24<br>($1,058.63);<br>08/23/24<br>($735.32);<br>08/30/24<br>($1,820.62);<br>09/13/24<br>($789.27);<br>09/27/24<br>($1,296.54);<br>10/07/24<br>($430.53);<br>10/11/24<br>($1,524.31);<br>10/18/24<br>($917.41);<br>10/25/24<br>($916.64) | $13,217.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Woodinville Warehouse Assoc**<br>c/o Rosen Harbottle CRE<br>Attn: Dian/Nick<br>1800 112th Ave. NE, Suite 310E<br>Bellevue, WA 98004 | 08/01/24<br>($4,095);<br>08/30/24<br>($4,095);<br>09/27/24<br>($4,552);<br>10/25/24<br>($4,552) | $17,291.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.11. **Square Financial Services, Inc**<br>1455 Market St Suite 600<br>San Francisco, CA 94103-1332 | | $18,662.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jennifer Shea &**<br>**Michael Williamson**<br>13747 42nd Ave NE<br>Seattle, WA 98125<br>Owners | 03/08/2024 | $30,000.00 | **Loan Repayment** |
| 4.2. **Jennifer Shea**<br>13747 42nd Ave NE<br>Seattle, WA 98125<br>Owner | Biweekly<br>payments of<br>$3,692.31 | $103,014.10 | **Payroll/Salary** |

Debtor   **Trophy Cupcakes, LLC**                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Michael Williamson**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125**<br>**Owner** | **Biweekly payments of $3,692.31** | $103,014.10 | **Payroll/Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Bellevue Square, LLC v. Trophy Cupcakes, LLC et al 24-2-18783-9-SEA** | **Breach of Contract; Foreclosure of Landlord's Lien** | **King County Superior Court 516 Third Ave, Rm E-609 Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Bureau of Fearless Ideas 8414 Greenwood Ave. N. Seattle, WA 98103** | **Fundraiser Contributions** | **Monthly in 2023** | $1,100.00 |
| **Recipients relationship to debtor** | | | |

Debtor   **Trophy Cupcakes, LLC**                                   Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | Girl Scouts of Western WA<br>3224 Wetmore Ave. A.<br>Everett, WA 98201 | Girl Scouts Fundraiser Contributions | 06/02/22;<br>09/18/22;<br>09/22/22 | $5,590.00 |
| | Recipients relationship to debtor | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 07/23/24<br>($550);<br>08/08/24<br>($1,980);<br>09/11/24<br>($11,455);<br>10/09/24<br>($6,772.50) | |
| | Wenokur Riordan PLLC<br>600 Stewart Street<br>Suite 1300<br>Seattle, WA 98101 | Attorney Fees:<br>Filing Fee: $1,738 | | $20,757.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Trophy Cupcakes, LLC** _____    Case number *(if known)* _____

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1. **Pasteria Lucchese, LLC**<br>**3004 NW 59th St.**<br>**Seattle, WA 98107** | **Dough Rounder/Mixer** | **09/04/23** | **$3,500.00** |
| **Relationship to debtor** | | | |

---

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses and email addresses needed to process orders**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor  **Trophy Cupcakes, LLC** _____  Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Trophy Cupcakes, LLC | Case number (if known) | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    ProvenCFO<br>3550 N. University Ave. #150<br>Provo, UT 84604 | 11/01/22-Present |
| 26a.2.    Brandon Krafka<br>11216 22nd Place SW<br>Burien, WA 98146 | 04/06/20-12/25/22 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Sweeney Conrad, P.S.<br>10210 NE Points Dr.<br>Suite 300<br>Kirkland, WA 98033 | 02/2022-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    ProvenCFO<br>3550 N. University Ave. #150<br>Provo, UT 84604 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Trophy Cupcakes, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None

| | Name and address |
|---|---|
| 26d.1. | Lendio<br>4100 Chapel Ridge Rd.<br>Suite 500<br>Lehi, UT 84043 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Shea | 13747 42nd Ave NE<br>Seattle, WA 98125 | Member & Management Committee Representative | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Williamson | 13747 42nd Ave NE<br>Seattle, WA 98125 | Member & Management Committee Representative | 49% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jennifer Shea & Michael Williamson<br>13747 42nd Ave NE<br>Seattle, WA 98125 | $30,000 | 03/08/2024 | Loan Repayment |
| **Relationship to debtor**<br>Owners | | | |

Debtor    **Trophy Cupcakes, LLC**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jennifer Shea**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125** | $103,014.10 | **Biweekly payments of $3,692.31** | Payroll/Salary |
| Relationship to debtor<br>Owner | | | |
| 30.3. **Michael Williamson**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125** | $103,014.10 | **Biweekly payments of $3,692.31** | Payroll/Salary |
| Relationship to debtor<br>Owner | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/3/2024
_____

*Jennifer Shea*
_____     **Jennifer Shea**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Member** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re   **Trophy Cupcakes, LLC**                                         Case No. _____

_____                                          Chapter   **11** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **100,000.00** |
| Prior to the filing of this statement I have received | $ | **65,505.00** |
| Balance Due | $ | **34,495.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/3/2024 _____

*Date*

*Faye Rasch*

**Faye C Rasch**
*Signature of Attorney*
**Wenokur Riordan PLLC**
**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
**206-903-0401**
**allie@wrlawgroup.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Washington

In re   **Trophy Cupcakes, LLC** _____  Case No. _____

_____ Debtor(s)  Chapter   **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jennifer Shea**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125** | | | **51% Owner** |
| **Michael Williamson**<br>**13747 42nd Ave NE**<br>**Seattle, WA 98125** | | | **49% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   12/3/2024 _____   Signature   *Jennifer Shea* _____

Jennifer Shea

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

**United States Bankruptcy Court**
**Western District of Washington**

In re   **Trophy Cupcakes, LLC** _____   Case No. _____
                                           Debtor(s)         Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/3/2024 _____   *Jennifer Shea*
                                            _____
                                            **Jennifer Shea/Member**
                                            Signer/Title

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

ALLY BANK
PO BOX 8128
COCKEYSVILLE, MD 21030-8128


AMANDA RUDD
17400 156TH SE
RENTON, WA 98058


AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285-3106


ANNA SCHMITZ
5206 22ND AVE NE, APT A
SEATTLE, WA 98105


ASC QUEEN ANNE GALER LLC
415 118TH AVE SE
BELLEVUE, WA 98005


ASC QUEEN ANNE GALER LLC
C/O AEGIS SENIOR COMMUNITIES
17602 NE UNION HILL RD.
REDMOND, WA 98052


AT&T
208 S. AKARD ST.
DALLAS, TX 75202


AUDI FINANCIAL SERVICES
1401 FRANKLIN BLVD.
LIBERTYVILLE, IL 60048


AUTO-CHLOR - EVERETT
2310 112TH ST. SW UNIT A
EVERETT, WA 98204


BARGREEN ELLINGSON
LOCKBOX 310055 PO BOX 94328
SEATTLE, WA 98124-6628

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

BAYFIRST NATIONAL BANK
ATTN: SBA SERVICING DEPT.
700 CENTRAL AVE., STE. 100
ATTN: LOAN OPERATIONS
SAINT PETERSBURG, FL 33701


BAYFIRST NATIONAL BANK
ST. PETERSBURG
700 CENTRAL AVE.
SAINT PETERSBURG, FL 33701


BELLEVUE SQUARE, LLC
575 BELLEVUE SQUARE
BELLEVUE, WA 98126


BELLEVUE SQUARE, LLC
PO BOX 908
BELLEVUE, WA 98009


BENNETT JOHNSON
3041 36TH AVE SW
SEATTLE, WA 98126


BIZX
11820 NORTHUP WAY
SUITE E108
BELLEVUE, WA 98005


BRADLEY RUSSELL
10717 BURKE AVE N
APT E
SEATTLE, WA 98133


BRIANDA BELTRAN
19102 110TH PL SE
RENTON, WA 98055


CAIT MACMILLAN
3733 ALTURA AVE
LA CRESCENTA, CA 91214


CATAPULT NW
3405 LIND AVE SW
RENTON, WA 98057

CENTRAL WELDING SUPPLY
PO BOX 179
N. LAKEWOOD, WA 98259


CHLOE WACHOB
5010 18TH AVE NE
SEATTLE, WA 98105


CHRIS ROGERS
23 W GALER ST APT 208
SEATTLE, WA 98119


COMCAST BUSINESS
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533


CUE INVESTMENTS, LLC
AKA ONCUE VENTURES, LLC
927 20TH AVENUE EAST
SEATTLE, WA 98112


DANNI SNELL
15827 14TH AVE NE
SEATTLE, WA 98155


DECOPAC INC.
P.O. BOX 86
MINNEAPOLIS, MN 55486-0871


DESTINI HUNTER
4701 15TH AVE NE, APT 1
SEATTLE, WA 98105


DUSTIN CHADWICK
12308 36TH AVE NE
SEATTLE, WA 98125


EMMA QUALL
6521 54TH AVE NE
SEATTLE, WA 98115


ETHAN POHL
600 228TH ST SW
I-102
BOTHELL, WA 98021

EVERGREEN BUSINESS CAPITAL
13925 INTERURBAN AVE. S.
SUITE 100
SEATTLE, WA 98168


GEORGIA BUNCH
704 S THACKER RD
OTHELLO, WA 99344


GOLDBELLY


HANSEN BROS.
TRANSFER & STORAGE CO. INC.
10750 AURORA AVE N
SEATTLE, WA 98133


HEADWAY CAPITAL, LLC
175 W JACKSON BLVD.
SUITE 1000
CHICAGO, IL 60604


HILLIS CLARK MARTIN & PETERSON
999 THIRD AVENUE
SUITE 4600
SEATTLE, WA 98104


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICES
SPECIAL PROCEDURES
915 2ND AVE., M/S W244
SEATTLE, WA 98174


JEANETTE VELASQUEZ
13226 35TH AVE NE
SEATTLE, WA 98125


JENNIFER SHEA

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

JENNIFER SHEA &
MICHAEL WILLIAMSON
13747 42ND AVE NE
SEATTLE, WA 98125


KEYSTONE KITCHENS, INC.
19510 144TH AVE NE STE A7
WOODINVILLE, WA 98072


KITCHEN & MARKET


LEA BULLENS
1014 89TH DR. NE
LAKE STEVENS, WA 98258


LILIANA PONCE
8315 5TH AVE NE
APT 203
SEATTLE, WA 98115


LISH FOODS


MEDOSWEET FARMS INC.
PO BOX 749
KENT, WA 98035-0749


MERCHANTS ASSOCIATION
575 BELLEVUE SQUARE
BELLEVUE, WA 98004


MERLINO FOODS
4100 4TH AVE S
SEATTLE, WA 98134


METROPOLITAN MARKET


MICHAEL WILLIAMSON
13747 42ND AVE NE
SEATTLE, WA 98125

Docusign Envelope ID: 5ED255FD-28C7-4883-B926-B69DA041FDB4

MICHAEL WILLIAMSON


NATIONAL DEVELOPMENT COUNCIL
1111 SUPERIOR AVE. E.
CLEVELAND, OH 44114


PACIFIC NORTHWEST BALLET


PENELOPE HUANG
4503 229TH PL SE
SAMMAMISH, WA 98075


PETER LOMBARDO
7322 RAINIER AVE S UNIT 202
SEATTLE, WA 98118


R R DONNELLEY & SONS COMPANY
35 W WACKER DRIVE
CHICAGO, IL 60601


RHODIE RUDD
17400 156TH PL SE
RENTON, WA 98058


SARAH NAITOH
10014 GREENWOOD AVE N, APT 303
SEATTLE, WA 98133


SHAWN HORST
12806 NE 184TH COURT
BOTHELL, WA 98011


SMITH BROTHERS FARMS


SQUARE FINANCIAL SERVICES, INC
1455 MARKET ST SUITE 600
SAN FRANCISCO, CA 94103-1332

SWEENEY CONRAD, P.S.
10210 NE POINTS DR.
SUITE 300
KIRKLAND, WA 98033


THE PETERSON COMPANY
1102 D ST NE
AUBURN, WA 98002


THE SHOPS AT THE BRAVERN LLC
ASSET MANAGEMENT
600 MADISON AVE.
15TH FLOOR
NEW YORK, NY 10022


U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
SUITE 106
MARSHALL, MN 56258


U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD ST. SW
WASHINGTON, DC 20416


U.S. SMALL BUSINESS
ADMINISTRATION
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


U.S. SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO, TX 79935


ULINE SHIPPING SUPPLIES
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158


UNIVERSITY VILLAGE LP
2623 NE UNIVERSITY VILLAGE ST.
SUITE 7
SEATTLE, WA 98105

```
US BANK
800 NICOLLET MALL
MINNEAPOLIS, MN 55402


US BANK
PO BOX 679
WILMINGTON, OH 45177-0679


US BANK EQUIPMENT FINANCE
13010 SW 68TH PKWY
STE. 100
PORTLAND, OR 97223


US BANK EQUIPMENT FINANCE
1310 MADRID STREET
SUITE 106
MARSHALL, MN 56258


VALERIE ENGELS
23429 EDMONDS WAY UNIT C
EDMONDS, WA 98026


WA DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE. #1400
SEATTLE, WA 98121


WALLINGFORD CENTER LLP
MARKET PLACE TOWER
2025 FIRST AVE.
SUITE 420
SEATTLE, WA 98121


WALLINGFORD CENTER, LLP
2829 RUCKER AVE SUITE 100
EVERETT, WA 98201


WASHINGTON TRUST BANK
SEATTLE FINANCIAL CENTER
TWO UNION SQUARE, SUITE 4747
601 UNION STREET
SEATTLE, WA 98101


WASHINGTON TRUST BANK
PO BOX 2127
SPOKANE, WA 99210
```

WEBBANK, SALT LAKE CITY, UT
C/O SHOPIFY CAPITAL INC.
100 SHOCKOE SLIP
2ND FLOOR
RICHMOND, VA 23219


WELLS FARGO
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163


WOODINVILLE WAREHOUSE
ASSOCIATES, LLC
C/O ROSEN PROPERTIES
PO BOX 5003
BELLEVUE, WA 98009


YVONNE ENGELKING
7512 NE BOTHELL WAY APT 232
KENMORE, WA 98028

# United States Bankruptcy Court
## Western District of Washington

In re   **Trophy Cupcakes, LLC**                Case No. _____

                          Debtor(s)        Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Trophy Cupcakes, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
Date

**Faye C Rasch**
_____
Signature of Attorney or Litigant
Counsel for   **Trophy Cupcakes, LLC** _____
**Wenokur Riordan PLLC**
**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
**206-903-0401**
**allie@wrlawgroup.com**